UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SEAN DEMANUELE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:23-cv-00519 RLW |
| | ) |
| CITY OF ST. LOUIS, JOSEPH SCHMITT, WILLIAM OLSTEN, ANDY KELLY, and TONY COLE, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT OLSTEN'S MEMORANDUM TO THE COURT REGARDING THE DECISION REACHED IN *CITY OF ST. LOUIS ET AL. V. STATE OF MISSOURI ET AL.*, NO. SC99876**

COMES NOW, Defendant William Olsten, by and through the undersigned counsel, and pursuant to this Court's Order (Doc. 45)[1], notifies the Court that a decision has been reached by the Missouri Supreme Court in *City of St. Louis et al. v. State of Missouri et al.*, Cause No. SC99876. A copy of the Missouri Supreme Court's Opinion is attached hereto as Exhibit A.

While the Missouri Supreme Court affirmed the circuit court's ruling as to the constitutionality of Section 590.502 on four of the six points made on appeal, the Court remanded the case for further proceedings as to the issue of whether SB 26 was constitutionally enacted to

---

[1] This Court's February 2, 2024 Order (Doc.45) required notification to this Court in writing within 10 days of a decision in *City of St. Louis, et al. v. State of Missouri,* et al., No. SC99876 by the Missouri Supreme Court. The Missouri Supreme Court's Decision, Exhibit A, is dated January 31, 2024 making 10 days therefrom February 9, 2024. Counsel for defendant attempted many times to e-file the instant Memorandum via the CM/ECF document filing system on February 9, 2024 via multiple computers, devices, and internet connections between the hours of 8:00pm and 11:59pm, but due to an unknown technical failure, counsel was unable to access the CM/ECF website. Counsel's delay in filing the instant Memorandum with the Court was not due to any improper purpose and this is the first technical failure counsel has ever experienced. Pursuant to Fed. R. Civ. Pro. 6(a)(3), when the Clerk's Office is inaccessible, "the time for filing is extended to the first accessible day that is not a Saturday, Sunday, or legal holiday." Alternatively, pursuant to Local Rule 2.14, "if a technical failure prevents timely electronic filing of any document, the filing party may seek relief from the Court." Counsel seeks such relief from this Court pursuant to Fed. R. Civ. Pro. 6(a)(3) and Local Rule 2.14 for good cause due to an unknown technical failure in the accessibility of the CM/ECF document filing system and respectfully requests the Court graciously excuse this delay.

the extent it created an unfunded mandate by increasing the City of St. Louis's costs by requiring it to perform new and increased levels of activities (such as defending and indemnifying police officers who are sued civilly as is the case here) without providing corresponding appropriations to fund the new and increased levels of activities because it found that the City had sufficiently pleaded a Hancock Amendment violation.  *City of St. Louis v. State*, No. SC99876, 2024 Mo. LEXIS 7, at *15 (Jan. 30, 2024).  Although the Court remanded as to Count II, it noted, "[w]hether these ultimate facts can be supported by sufficient evidence is yet to be determined."  *Id*.  Given its remand, the Court therefore found it unnecessary to reach the alternative argument regarding substantial compliance made in point six.  *Id*. at 35.

Although Defendant Olsten maintains that Section 590.502 is constitutional and requires the City, his former employer, to provide for his defense and indemnification in the instant cause of action, he recognizes that a resolution in the underlying matter of *City of St. Louis, et al. v. State of Missouri et al.*, Cause No. 21AC-CC00466, may take longer on remand than this Court is willing to stay the proceedings in the instant action.  With that said, Defendant Olsten continues to maintain that a stay of this matter would serve judicial economy and prevent undue burden; however, he will defer to this Court's good judgement as to whether such stay is appropriate under the circumstances.

REICHARDT NOCE & YOUNG LLC

By:   /s/Catherine M. Robertson
MATTHEW H. NOCE                #57883MO
mhn@reichardtnoce.com
CATHERINE M. ROBERTSON      #63200MO
cmr@reichardtnoce.com
12444 Powerscourt Drive
Suite 160
St. Louis, MO  63131
314/789-1199
314/754-9795 – Facsimile

        Attorneys for Defendant William Olsten

## **CERTIFICATE OF SERVICE**

        The undersigned certifies that the foregoing was filed via CM/ECF eFiling System with a copy of the foregoing being served electronically this 10th day of February 2024 on Mr. James O'Leary, oleary@osclaw.com, Attorney for Plaintiff, 1034 South Brentwood, Penthouse 1-A, St. Louis, MO 63117; Mr. Adriano Martinez, martineza@stlouis-mo.gov, Associate City Counselor, 1200 Market Street, Room 314, St. Louis, MO 63103.

                                                                */s/Catherine M. Robertson*