UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SEAN DEMANUELE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CITY OF ST. LOUIS, et al, | ) No.  4:23-cv-00519-RLW |
| Defendants. | ) ) |

**DISMISSAL WITH PREJUDICE AS TO DEFENDANT WILLIAM OLSTEN ONLY**

COMES NOW Plaintiff, by and through his undersigned attorneys, and hereby dismisses all claims against Defendant William Olsten only, WITH PREJUDICE.  All claims against remaining defendants remain pending.

        **O'LEARY, SHELTON, CORRIGAN,
PETERSON, DALTON & QUILLIN, LLC**

By    */s/James D. O'Leary*
       James D. O'Leary     #45964 (MO)
       1034 S. Brentwood Blvd.
       Penthouse-1A, 23rd Floor
       St. Louis, MO 63117
       314/405-9000 telephone
       314/405-9999 facsimile
       oleary@osclaw.com
       *Attorneys for Plaintiff*

**MANDEL, MANDEL, MARSH, SUDEKUM, & SANGER**

By:   */s/      Bryan J. Sanger*
       BRYAN J. SANGER, #60210MO
       1010 Market Street, Suite 850
       St. Louis, MO 63101
       (314) 621-1701 (Telephone)
       (314) 621-4800 (Facsimile)
       bryan@mandelmandel.com
       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing was filed with the Clerk of the Court on this 6th day of August, 2024, to be served by the operation of the Court's electronic filing system.

*/s/James D. O'Leary*
